IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORANTES,<br>    Plaintiff,<br><br>v.<br><br>CNH GROUP INSURANCE PLAN ET. AL.,<br>    Defendants. | CIVIL ACTION<br><br>NO. 10-7215 |

## ORDER

**AND NOW** this _____ day of April, 2011, upon consideration of Plaintiff Silvia Orantes's Motion to Determine the Court's Standard of Review (Docs. 13-14.), Defendant Prudential Insurance Company of America's Response in Opposition thereto (Docs. 15-17.), Plaintiff's Reply Brief, which the Court will treat as a Motion for Leave to Reply (Doc. 16.), and Defendant Prudential Insurance Company of America's Sur-Reply to Plaintiff's Reply Brief (Doc. 20.), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion is **GRANTED**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**